# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-297-RJC-DCK

| | |
|---|---|
| IMPULSE MONITORING, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>)<br>)<br>) |
| HUMANA HEALTH PLAN, INC., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Motion For Continued Stay" (Document No. 12) filed September 26, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the "Motion For Continued Stay."

**IT IS, THEREFORE, ORDERED** that the parties' "Motion For Continued Stay" (Document No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that unless the Court is notified at an earlier date of a related settlement or non-settlement, the parties shall file a joint status report on **December 1, 2014**, and every **sixty (60) days** thereafter, until the **STAY** is lifted or the case is closed.

**SO ORDERED**.

Signed: September 29, 2014

David C. Keesler
United States Magistrate Judge