IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-297-RJC-DCK

| | |
|---|---|
| IMPULSE MONITORING, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| HUMANA HEALTH PLAN, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Stay Pending Resolution Of Its Motion To Transfer Pursuant To 28 U.S.C. § 1407 By The Judicial Panel On Multidistrict Litigation" (Document No. 15) filed November 14, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will deny the motion. This matter is already stayed (Document No. 13). The parties are to file a joint Status Report on **December 1, 2014**, and every sixty (60) days thereafter. Id. Moreover, the instant motion does not satisfy the requirement of consultation pursuant to Local Rule 7.1(B).

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Stay Pending Resolution Of Its Motion To Transfer Pursuant To 28 U.S.C. § 1407 By The Judicial Panel On Multidistrict Litigation" (Document No. 15) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: November 17, 2014

David C. Keesler